```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ALABAMA
                   MIDDLE DIVISION
```

```
RAFAEL ALBERTO LLOVERA LINARES,  )
                                 )
        Petitioner,               )
                                 )
v.                               ) Case No. 4:13-cv-01501-WMA-PWG
                                 )
DEPARTMENT OF HOMELAND           )
SECURITY,                        )
                                 )
        Respondent.               )
```

**MEMORANDUM OPINION AND ORDER**

The magistrate judge filed an report and recommendation on January 27, 2014, recommending that the above-captioned petition for writ of habeas corpus be denied and dismissed without prejudice. (Doc. # 22). The magistrate judge also recommended that the two motions seeking injunctive relief (Docs. ## 5-6) be denied. Although the parties were allowed an opportunity to file objections, no objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the two motions for preliminary injunction (Docs. ## 5-6) are hereby **DENIED** and the Petition (Doc. # 1) is due to **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

An appropriate order will be entered.

DONE this the 19th day of February, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE